**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE:   DUSTIN M COLEMAN<br>2600 S HOLLISTER<br>OVID, MI 48866 | CASE NO: DL-16-02484<br>Chapter 13<br>HON. SCOTT W. DALES<br>Filed: May 03, 2016 |
| | Confirmed:   November 10, 2016 |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Barbara P. Foley, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

FAILURE TO TURNOVER 2016 FEDERAL, STATE AND CITY INCOME TAX RETURNS AND REFUNDS.

WHEREFORE, your Trustee respectfully prays:

A.   That this Court enter an Order dismissing the Debtor's Chapter 13 Case.

B.   That this Court grant such other relief as it finds just and equitable.

September 14, 2017                                      /s/ Barbara P. Foley
                                                        Barbara P. Foley (P34558)
                                                        CHAPTER 13 TRUSTEE
                                                        229 E. Michigan Ave, Suite 440
                                                        Kalamazoo, MI 49007
                                                        (269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:

   DAVID LUTZ LAW PC
   6250 ORCHARD LAKE RD
   WEST BLOOMFIELD, MI 48322